IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY E. PARRISH,
    Petitioner,

vs.                            CASE NO.: 3:10cv32/MCR/MD

MICHAEL BABCOCK,
    Respondent.
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 9, 2010. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.
2.     The respondent's motion to dismiss (doc. 16), is GRANTED.
3.     The petitioner's habeas claims are DISMISSED as moot.
4.     Petitioner's money damages claim is DISMISSED without prejudice.
5.     The clerk is directed to close the file.

DONE AND ORDERED this 9th day of December, 2010.

                                                  s/ _M. Casey Rodgers_
                                                  M. CASEY RODGERS
                                                  UNITED STATES DISTRICT JUDGE